UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JOHN M. MOORE,<br><br>       Defendant. | Case No. 2:13-cr-00324-LRH-CWH<br><br>**ORDER** |

      Based on the stipulation of the parties (ECF No. 67), and good cause appearing, IT IS THEREFORE ORDERED that the in-person revocation hearing currently scheduled for Tuesday, August 31, 2021 at 1:30 p.m., is vacated and continued to Wednesday, October 6, 2021, at 1:45 p.m. before District Judge Larry R. Hicks in a Las Vegas Courtroom to be determined.

      DATED this 27th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE