**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JOHN M. MOORE,<br><br>            Defendant. | Case No. 2:13-cr-00324-LRH-CWH<br><br>**ORDER GRANTING UNOPPOSED MOTION TO AMEND JUDGMENT** |

    COMES NOW the defendant, JOHN M. MOORE, by and through his counsel, Annie Youchah, Assistant Federal Public Defender, and hereby files the instant Unopposed Motion to Amend Judgment. This motion is based on the attached Memorandum of Points and Authorities.

1  DATED this 18th of October, 2021.

2  RENE L. VALLADARES
   Federal Public Defender
3
           By:
4          /s/ Annie J. Youchah
           ANNIE J. YOUCHAH
5          Assistant Federal Public Defender
           Attorney for John M. Moore
6

## POINTS AND AUTHORITIES

On October 6, 2021, Mr. Moore was sentenced by this Court to serve a term of 24 months in prison. ECF No. 72. At the time of sentencing, undersigned counsel did not request this Court make a recommendation for a specific Bureau of Prison. Since the time of sentencing, counsel has spoken to Mr. Moore and he now requests a judicial recommendation to serve his sentence at FCI Sheridan or Phoenix because these facilities are close to his family. Pursuant to Rule 35 this Court may correct a sentence within 14 days of sentencing. Fed. R. Crim. P. 35(a).

The undersigned has communicated with Assistant U.S. Attorney, Daniel Schiess and he has no opposition to amending the judgment to reflect a recommendation that Mr. Moore serve his sentence in FCI Sheridan or Phoenix.

## CONCLUSION

Mr. Moore respectfully requests that this Court amend the Judgment by adding a recommendation that he serve his sentence at FCI Sheridan or FCI Phoenix.

## O R D E R

**IT IS HEREBY ORDERED** that the Unopposed Motion to Amend Judgment (ECF No. 73) is **GRANTED**.

**IT IS SO ORDERED**.

_____
LARRY R. HICKS
United States District Judge

DATED: October 18, 2021.